UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ELENA VANZ, ALEX NUNES, ) <br> ) <br> Plaintiffs ) <br> ) <br> vs. ) <br> ) <br> SIMEON RAMSDEN, KIPLING ) <br> VENTURES HOLDING CO LLC, ) <br> KIPLING RESERVE LLC, RESERVE ) <br> OWNERSHIP GROUP LLC, KEOWEE ) <br> RIVER CLUB, LLC, KRC GOLF GROUP, ) <br> LLC, ) <br> ) <br> Defendants. ) | **JUDGMENT IN A CIVIL CASE** <br> **CASE NO. 5:23-CV-186-BO-KS** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that defendants' Reserve Ownership Group LLC, Keowee River Club, LLC, and KRC Golf Group, LLC were dismissed by stipulation of dismissal on April 24, 2024.

**IT IS FURTHER ORDERED** that the Plaintiffs' evidence cannot a support a conclusion that they acted as employees or that a contract existed between the Plaintiffs and Defendants, and, accordingly, Defendants' motion for summary judgment [DE 43] is GRANTED. Summary judgment in favor of Defendants is entered as to all counts.

This Judgment filed and entered on March 18, 2025, and copies to:

| | |
|---|---|
| Christopher R. Bagley | (via CM/ECF electronic notification) |
| Benjamin Paul Fryer | (via CM/ECF electronic notification) |
| Lucy M. Anderson | (via CM/ECF electronic notification) |

| | |
|---|---|
| March 18, 2025 | PETER A. MOORE, JR. <br> Clerk of Court |
| | By: /s/ Nicole Sellers <br> Deputy Clerk |